IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00202-CMA-MEH

ROY G. MARTINEZ,

    Plaintiff,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

    Defendant.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 24, 2009.**

    Plaintiff's [renewed] Motion to Amend Complaint (Unopposed) [filed February 24, 2009; docket #13] is **granted**. The Clerk of the Court is directed to accept for filing the Amended Complaint and exhibits found at dockets #13-2 through #13-5.

    In light of this order, Plaintiff's original Motion to Amend Complaint (Unopposed) [filed February 20, 2009; docket #10] is **denied as moot**.